FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 DEC -8 A 10: 00

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

WILLIAM D. GIPSON, JR.,            )
                                   )
            Plaintiff,             )
                                   )
      v.                           )          CV 313-094
                                   )
LT. WILCOX, et al.,                )
                                   )
            Defendants.            )

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Defendants Danforth, Maddox, Crabbs, Dotson, and Shoemaker from this case, and **DISMISSES** Plaintiff's claims for retaliation and against Georgia State Prison officials.

SO ORDERED this 8 day of December, 2014, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE