# ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 MAY 11 PM 12: 35

CLERK _____
SO. DIST. OF GA.

WILLIAM D. GIPSON, JR.,          )
                                 )
            Plaintiff,           )
                                 )
      v.                         )          CV 313-094
                                 )
LT. RICKEY WILCOX                )
and SGT. KAREN JORDAN,           )
                                 )
            Defendants.[1]       )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **GRANTS** Defendants' motion to dismiss, (doc. no. 33). Therefore, the Court **DISMISSES** and **CLOSES** this civil action.

SO ORDERED this 11 day of May, 2015, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

[1]The Court **DIRECTS** the **CLERK** to modify the docket to reflect that Defendant Wilcox's first name is "Rickey" and Defendant Jordan's first name is "Karen." (See, e.g., doc. no. 33.)